PHILLIPS, STATE REVENUE COMMISSIONER, *v.* GENERAL ELECTRIC SUPPLY CORPORATION.

WYATT, Justice. After a careful consideration of the record in this case and the decision made by the Court of Appeals (76 *Ga. App.* 299, 45 S. E. 2d, 682), we are of the opinion that that court did not err in affirming the judgment of the court below.

*Judgment affirmed. All the Justices concur, except Head, J., who is disqualified.*

No. 16132. MAY 13, 1948.

*Eugene Cook, Attorney-General, A. J. Hartley, Assistant Attorney General, Rubye G. Jackson,* and *John A. Smith Jr.,* for plaintiff in error.

*Norman Stallings* and *Sutherland, Tuttle & Brennan,* contra.

*Willis Battle, Smith, Elliott & Swinson, Bird & Howell, Smith, Kilpatrick, Cody, Rogers & McClatchey, Spalding, Sibley, Troutman & Kelley, Crenshaw, Hansell, Ware & Brandon, Hull, Willingham, Towill & Norman* and *Moise, Post & Gardner,* for persons at interest, not parties.